THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 16, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Troy L. Mosby, Sr.  Case No. 14-32650-gmh

Chapter: 13

Debtor.

ORDER MODIFYING STAY

    U.S.Bank Trust National Association, as Trustee of the Tiki Series III Trust, its successors, servicing agents, and assignees (the "Movant") filed a motion for relief from stay to exercise its rights and remedies with respect to the Debtor's property located at 11627 West Center Street, Wauwatosa, Wisconsin. (the "Property").  No objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the stay.

    IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

    IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

    IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####